**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARIBEL MORALES TREJO,

Petitioner,

v. Case No. 8:26-cv-3552-KKM-SPF

OFFICER IN CHARGE, Tampa Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, et al.,

Respondents.

---

**ORDER**

Petitioner Maribel Morales Trejo, a Mexican national, files a petition under 28 U.S.C. § 2241 and challenges her detention at the Immigration and Customs Enforcement (ICE) Office in Tampa, Florida. Pet. (Doc. 1) ¶ 1. Trejo explains that she was taken into immigration custody after a traffic stop but without the government filing any charges against her. Pet. ¶ 19, 58. She adds that the sole basis for her detention is an immigration detainer. *Id.* ¶ 58.

The respondents must respond to the petition on an expedited schedule. No later than **Wednesday, November 25, 2026**, Trejo must serve on the respondents the petition, each paper filed in support thereof, and this order. Trejo is not required to obtain a formal summons. No later than **Wednesday,**

**December 2, 2026**, the respondents must respond to the petition. No later than **Friday, December 4, 2026**, Trejo may reply.

Further, the Clerk is **DIRECTED** to electronically send a copy of the petition with all exhibits (Doc. 1) and this order to the United States Attorney's Office in Tampa, Florida, at USAFLM.Alcatraz@usdoj.gov; the Immigrations and Customs Enforcement at OPLAORLFEDLIT@ice.dhs.gov; and by certified mail to the Attorney General of the United States in Washington, D.C., at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C., 20530-0001.

**ORDERED** in Tampa, Florida, November 24, 2026.

Kathryn Kimball Mizelle
United States District Judge